*Lacy, Petitioner, v. Rasmussen et al., Respondents*, No. 92339-6. Petition for review of a decision of the Court of Appeals, No. 71894-1-I, July 20, 2015, 188 Wn. App. 1059. *Denied* March 2, 2016.

*State, Respondent, v. Stafford, Petitioner*, No. 92344-2. Petition for review of a decision of the Court of Appeals, No. 29033-6-III, September 15, 2015, 190 Wn. App. 1006. *Denied* March 2, 2016.

*State, Respondent, v. Bailey, Petitioner*, No. 92350-7. Petition for review of a decision of the Court of Appeals, No. 46308-3-II, September 9, 2015, 190 Wn. App. 1001. *Denied* March 2, 2016.

*State, Respondent, v. Castillo, Petitioner*, No. 92351-5. Petition for review of a decision of the Court of Appeals, No. 32358-7-III, September 17, 2015, 190 Wn. App. 1008. *Denied* March 2, 2016.

*Wuth et al., Respondents, v. Lab. Corp. of Am., Petitioner*, No. 92353-1. Petition for review of a decision of the Court of Appeals, Nos. 71497-0-I, 71498-8-I, and 71553-4-I, August 24, 2015, 189 Wn. App. 660. *Denied* March 2, 2016.

*State, Respondent, v. Pollock, Petitioner*, No. 92358-2. Petition for review of a decision of the Court of Appeals, No. 71254-3-I, July 20, 2015, 188 Wn. App. 1057. *Denied* March 2, 2016.

*Hyde et al., Petitioners, v. City of Lake Stevens, Respondent*, No. 92359-1. Petition for review of a decision of the Court of Appeals, No. 72614-5-I, August 3, 2015, 189 Wn. App. 1019. *Denied* March 2, 2016.

*Aaseby et al., Petitioners, v. Miller, Respondent*, No. 92360-4. Petition for review of a decision of the Court of Appeals, No. 32471-1-III, September 3, 2015, 189 Wn. App. 1053. *Denied* March 2, 2016.